UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                    Plaintiff,

                                                            DECISION AND ORDER

                                                            06-CR-6077L

                    v.

HOWARD DENNIS KELLY,

                                    Defendant.
_____


        Defendant, Howard Dennis Kelly ("Kelly"), stands accused of a single-count indictment

charging escape from a federal institutional facility.  Counsel was appointed to represent Kelly.

Pending before the Court are two motions filed by Kelly, *pro se,* a motion to dismiss (Dkt. #39) and

a motion styled *pro se* motion, Rule 12(b), defective indictment.  Since Kelly has counsel, he must

not file *pro se* motions.  If he has appointed counsel, that lawyer should represent him and file

pleadings and the Court not entertain *pro se* motions.  I have, nevertheless, reviewed the above-

referenced motions and find them to be without merit.  Therefore, both motions are denied.

CONCLUSION

Defendant's *pro se* motions to dismiss (Dkt. #39 and Dkt. #42) are in all respects denied.[1]

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
September 10, 2007.

---

[1]Kelly also filed a motion to dismiss his court appointed attorney which the Court denied from the bench, after making inquiry, on September 6, 2007.