UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                      NOTICE OF INTENT
                                          TO DEPART

                                        06-CR-6077L

        v.

HOWARD DENNIS KELLY,

                Defendant.
_____

      This is to give notice that the Court is considering making an upward departure, pursuant to U.S. Sentencing Guidelines, 4A1.3, on the grounds that the defendant's criminal history substantially under-represents the seriousness of his criminal history or the likelihood that defendant will commit other crimes.

      I have not finally decided the issue, but hereby give notice that I am considering such a departure and, therefore, give the parties a chance to address the matter, in writing or orally, at the time of sentencing. If a writing is contemplated, it must be filed at least two (2) business days prior to the sentencing date.

      IT IS SO ORDERED.

                                          _____
                                          DAVID G. LARIMER
                                          United States District Judge

Dated: Rochester, New York
       April 16, 2008.